

| | | | | |
|---|---|---|---|---|
| K.W., In re Visitation of ......... | 41A05–1605–MI–1046 | 11/23/2016 | BAKER, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | NAJAM, J. | Concurs |
| Sanchez v. State ............... | 44A03–1603–CR–564 | 11/23/2016 | MAY, J. | Reversed and Remanded |
| | | | KIRSCH, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Keller v. Cheesman ............ | 18A02–1601–MI–188 | 11/23/2016 | FRIEDLANDER, Sr.J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | NAJAM, J. | Concurs |
| K.A.M., In re Adoption of ........ | 02A04–1603–AD–631 | 11/28/2016 | ROBB, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Marshall v. Marshall ............ | 29A05–1604–DR–769 | 11/28/2016 | NAJAM, J. | Affirmed |
| | | | VAIDIK, C.J. | Concurs |
| | | | BAKER, J. | Concurs |
| Graves v. State................. | 82A04–1509–CR–1309 | 11/28/2016 | MAY, J. | Affirmed and Remanded |
| | | | BAKER, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Flynn v. State.................. | 27A02–1605–CR–1027 | 11/28/2016 | ALTICE, J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | PYLE, J. | Concurs |
| T.M., In re..................... | 40A01–1604–JT–866 | 11/28/2016 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Godsey v. State ................ | 47A01–1603–CR–547 | 11/28/2016 | CRONE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MAY, J. | Concurs |
| Hernandez v. State ............. | 18A02–1604–CR–816 | 11/28/2016 | NAJAM, J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | MAY, J. | Concurs |
| Wright v. State................. | 34A02–1604–CR–841 | 11/29/2016 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |